**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JAMES ROOSEVELT LEE,**

        **Petitioner,**

-vs-                                              **Case No. 6:08-cv-968-Orl-31GJK**
                                                      (6:05-cr-165-Orl-31-GJK)

**UNITED STATES OF AMERICA,**

        **Respondent.**

_____

## ORDER

Simultaneously with the filing of Petitioner's Memorandum of Fact and Law in Support of Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by Person in Federal Custody, Petitioner submitted Movant's Motion for Leave to File Affidavit(s) in Support of Motion Under 28 U.S.C. § 2255. Doc. No. 2-2. Due to a clerical error, this motion was not separately docketed but was included with Petitioner's Memorandum.

The government has not objected to Petitioner's Motion for Leave to File Affidavits. See Doc. No. 5. The Court, therefore, **GRANTS** as unopposed Petitioner's Motion for Leave to File Affidavits. The Court will consider those affidavits that Petitioner filed with his motion.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 29, 2008.

                                                                       GREGORY A. PRESNELL
                                                                UNITED STATES DISTRICT JUDGE

Copies furnished to:

Case 6:08-cv-00968-GAP-GJK   Document 8   Filed 09/29/08   Page 2 of 2 PageID 124

Counsel of Record
Unrepresented Party
-2-